[Nos. 24196–6–I; 24197–4–I.  Division One.  October 8, 1990.]

*In the Matter of the Dependency of* B.S.C.

BRET NEAL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Dependency of* M.J.C.

BRET NEAL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 86–7–00727–8, 86–7–00728–8, Faith Enyeart, J., entered May 16, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Winsor, JJ.

[No. 24136–2–I.  Division One.  October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ORIE GASO, ET AL, *Defendants,* LARRY DEAN FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05991–4, George T. Mattson, J., entered May 1, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Baker, J.

[No. 23949–0–I.  Division One.  October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00884–8, Peter K. Steere, J., entered April 14, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, A.C.J., and Scholfield, J.